UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDY MENDOZA,

                        Plaintiff,

            -against-

ROBERT MLADINICH,

                        Defendant.

1:20-CV-10010 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued May 20, 2021, dismissing this action for lack of subject-

matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of

subject-matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    May 20, 2021
          New York, New York

_____
          Louis L. Stanton
          U.S.D.J.